In the Matter of NIENA COOPER-WINFIELD, Also Known as NIENA WINFIELD, Respondent, v HERMAN GARY, Appellant.

Submitted January 10, 2005; decided February 22, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOSEPH F. McCARTHY, Appellant, v PATRICIA J. McCARTHY, Respondent.

Submitted January 10, 2005; decided February 22, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed that part of Supreme Court's order that awarded counsel fees to respondent, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

TOKIO MARINE AND FIRE INSURANCE CO., LTD., et al., Respondents, v ANGELO BORGIA et al., Appellants, et al., Defendant.

Submitted January 18, 2005; decided February 22, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal from Supreme Court's order denying appellants' motion to renew, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.